Submitted December 3, 2010, reversed January 12, 2011

In the Matter of J. W.,
aka J. W. H.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

J. W.,
aka J. W. H.,
*Appellant.*

Lane County Circuit Court
300916115; A142988

247 P3d 327

James A. Palmer filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Matthew J. Lysne, Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Rosenblum, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of the trial court's judgment committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. She contends that the trial court erred in concluding that she is a danger to others as the result of a mental disorder. *See* ORS 426.005(1). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.